# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| KIMBERLY A. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:08-cv-161 |
| | ) (Phillips/Guyton) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On April 8, 2009, the Honorable H. Bruce Guyton, United States Magistrate Judge, entered a Report and Recommendation ("R&R") [Doc. 18] in which he recommended that the plaintiff's Motion for Judgment on the Pleadings [Doc. 11] be denied and the Commissioner's Motion for Summary Judgment [Doc. 15] be granted. The deadline for timely objections to the R&R has passed, Fed. R. Civ. P. 72(b)(2), with no such objections being filed.

The court is in complete agreement with Judge Guyton's thorough analysis. Accordingly, the R&R is **ACCEPTED IN WHOLE**, which the court adopts and incorporates herein, whereby plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **DENIED** and the Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge